IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD ROTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV-10-HGD-3546-S |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC. and EQUIFAX, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendants Experian Information Solutions, Inc. ("Experian") and Equifax, Inc. ("Equifax") hereby file their Joint Notice of Removal of the above-captioned action to this Court and state as follows:

1. Experian and Equifax are named Defendants in Civil Action No. DV2010 2817 filed in the District Court of Jefferson County, Alabama (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the District Court of Jefferson County, Alabama, on November 16, 2010. Defendant Experian was served with the Complaint on November 22, 2010. Defendant Equifax was served with the Complaint on November 22, 2010.

{W0279096.1 }ATI-2452999v2

3. This Notice is being filed with this Court within thirty (30) days after Defendants received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. True and correct copies of "all process, pleadings, and orders" filed to date in the State Court Action are attached hereto as Exhibit A. No other process, pleadings, or orders have been served upon Defendants to date in this case.

5. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

6. Equifax is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Equifax uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Defendants alleged in the State Court Action arise under the Fair Debt Collection Practices Act (15 U.S.C. §§ 1692-1692p). *See* Comp. ¶ 8. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b).

8. Plaintiff also purports to assert claims against Defendants under Alabama state law. *See* Comp. ¶ 8. This Court has supplemental jurisdiction over Plaintiff's state law claims. Those claims, like Plaintiff's federal question claims, arise from the same set of operative facts relating to the alleged wrongful conduct. Accordingly, each of those claims is related to Plaintiff's federal question claims and form a part of the same case and controversy pursuant to 28 U.S.C. § 1367(a).

9. Promptly after the filing of this Notice of Removal, Defendants shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action and to the Clerk of the Court in the State Court action, as required by 28 U.S.C. § 1446(d).

Dated:     December 21, 2010          Respectfully submitted,

*signature*

L. Jackson Young, Jr. (ASB-7946-G65L)
FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
ljy@ffdlaw.com
Telephone: (205) 380-6984
Facsimile: (205) 380-6986

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

*signature*

Victoria J. Franklin-Sisson (ASB-2602-K63V)
JONES WALKER, et al.
One Federal Place
1819 Fifth Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 244-5214
Facsimile: (205) 244-5414
vsisson@joneswalker.com

*Attorneys for Defendant*
*Equifax, Inc.*

ATI-2452999v2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2010, I caused the foregoing to be served via U.S. Mail with appropriate postage attached thereto to counsel of record.

L. Jackson Young, Jr.

## SERVICE LIST

J. William Thomason
1710 2nd Avenue North
Bessemer, AL 35020
Telephone: (205) 428-0702
Facsimile: (205) 428-7890

*Attorney for Plaintiff*

{W0279096.1}
ATI-2452999v2

- 5 -