FILED
2011 Nov-15  AM 11:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**RICHARD ROTH,**

    **Plaintiff,**

**vs.**

                                    **Case No. 2:10-cv-03546-HGD**

**EXPERIAN INFORMATION
SOLUTIONS, INC. and EQUIFAX,
INC.,**

    **Defendants.**

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Richard Roth ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate that all claims herein against Experian are dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses of litigation.

*[Signatures on following page]*

Respectfully submitted this the 15th day of November, 2011:

| | |
|---|---|
| */s/ Bill Thomason* | */s/ L. Jackson Young, Jr.* |
| Bill Thomason | L. Jackson Young, Jr. |
| 1710 Second Avenue North | FERGUSON FROST & DODSON, LLP |
| Bessemer, Alabama 35020 | 2500 Acton Road, Suite 200 |
| Telephone: (205) 428-0702 | Birmingham, Alabama 35243 |
| Telecopier: (205) 428-7890 | Telephone: (205) 380-6984 |
| *Attorney for Plaintiff* | Telecopier: (205) 380-6986 |
| | *Attorneys for Defendant* |
| | *Experian Information Solutions, Inc.* |