FILED
2011 Nov-15  PM 01:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD ROTH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:10-cv-03546-HGD |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant ) | |

## DISMISSAL ORDER

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed by the parties (Doc. 14), it is ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs, attorneys' fees and expenses of litigation.

DONE this 15th day of November, 2011.



HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE